### TAPLIFF v DAVIS.

ACTION of ejectment for a piece of land, described in the declaration. Plea — Not guilty. Issue to the court.

One            Stanton was owner of the land; the defendant had an execution against him — levied it upon this land in A. D. 1784, and in September A. D. 1784 had it recorded in the office of the town clerk, and returned it to the office of the county clerk from whence it issued, on the 2d of December A. D. 1791, and caused it to be recorded there on the 26th of September A. D. 1792. The plaintiff attached this land on the 5th of February A. D. 1791 for a debt due to him

from said Stanton — got judgment and execution for said debt, and levied the execution upon said land on the 6th of October A. D. 1791 — which levy was recorded in the town clerk's office on the 2d of November A D. 1791, and in the office of the county clerk on the 5th of January A D. 1792. It appeared that the plaintiff knew that the defendant had levied his execution upon this land, and that it was not recorded in the county clerk's office when he attached it.

Judgment — That the defendant is guilty and for the plaintiff to recover.

The statute is positive, that the execution and officer's return, must be recorded in the office of the clerk of the court from whence it issued, in order to complete the title; but this was not done by the defendant until months after the plaintff's title was perfected. There appears to be no fraud practiced by the plaintiff, he was vigilant in securing his debt; but there appears to be great inattention and gross negligence on the part of the defendant.